McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 09 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Search of 877 Embaracadero Drive, Ste 1, El Dorado Hills, California. | CASE NO. 2:17-SW-947-EFB<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |
| In the matter of the Search of 895 Embaracadero Drive, Ste 104, El Dorado Hills, California. | CASE NO. 2:17-SW-948-EFB |
| In the matter of the Search of 5110 Steves Way, El Dorado Hills, California. | CASE NO. 2:17-SW-950-EFB |
| In the matter of the Search of 2489 Highland Hills Drive, El Dorado Hills, California. | CASE NO. 2:17-SW-952-EFB |

The United States has requested additional time to complete the review of digital devices seized pursuant to the above captioned warrants. For the reasons stated in the government's motion, the Court GRANTS the government's motion and ORDERS that the time for the required review be extended until May 8, 2017.

Should the United States seek further extension of the time within which it must complete the required review, it shall make further application to this Court.

//

The motion of the United States and this Order shall remain under seal pending further Order of the Court.

IT IS SO ORDERED.

Dated: 3-9-18

Hon. Deborah L. Barnes
U.S. MAGISTRATE JUDGE